THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
IN AND FOR COLUMBIA COUNTY, FLORIDA

SIMMIE KENDRY,
Plaintiff,

v.

Case No.: 15-12CA
To Be Supplied by Clerk

CO I CRAFT, G-Dorm Officer;
SGT. ROACH, G-Dorm Sergeant,
CORIZON MEDICAL DEPARTMENT,
K. TODD, and
M. BARNES,
Defendant(s).
_____/

## CIVIL TORT COMPLAINT

I.   COMES NOW, Plaintiff simmie Kendry in pro se pursuant to F.S. 768.28 and files this civil tort complaint and offers the following:

II.  That jurisdiction is being invoked pursuant to Article 1, Section 21 of Florida's Constitutions Access of the Court provision.

III. That this Honorable Court has exclusive subject matter jurisidction.



DEFENDANT'S EXHIBIT 1

      1. Parties to previous lawsuit:

      Plaintiff(s): N/A

      Defendant(s): N/A

      2. Court (if federal court, name the district; if state court, name the county): N/A

      3. Docket Number: N/A

      4. Name of judge: N/A

      5. Briefly describe the facts and basis of the lawsuit: N/A

      6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

      7. Approximate filing date: N/A

      8. Approximate disposition date: N/A

D. Have you initiated lawsuits or appeals in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify these suits below by providing the case number, the style and the disposition of each case:

IV. PARTIES: In part A of this Section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

    A. Name of Plaintiff: Simmie Kendry / # 102106
       Mailing address: Columbia Correctional Institution,
       216 S.E. Corrections Way,
       Lake City, Florida 32025

    B. Additional Plaintiffs:

2

In part C of this section, indicate the full name of the first named Defendant. Also, filling his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

| | | |
|---|---|---|
| C. | Defendant: | CO I Craft |
| | Mailing Address: | Columbia Correctional Institution |
| | | 216 S.E. Corrections Way |
| | | Lake City, Florida 32025 |
| | Position: | G-dorm officer |
| | Employed at: | Columiba Correctional Institution |
| D. | Defendant: | Sergeant Roach |
| | Mailing Address: | Columbia Correctional Institution |
| | | 216 S.E. Corrections Way |
| | | Lake City, Florida 32025 |
| | Position: | G-dorm sergeant |
| | Employed at: | Columiba Correctional Institution |
| E. | Defendant: | Corizon Medical Department K. Todd |
| | Mailing Address: | Columbia Correctional Institution |
| | | 216 S.E. Corrections Way |
| | | Lake City, Florida 32025 |
| | Position: | Health care provider |
| | Employed at: | Columiba Correctional Institution |
| F. | Defendant: | Warden M. Barnes |
| | Mailing Address: | Columbia Correctional Institution |
| | | 216 S.E. Corrections Way |
| | | Lake City, Florida 32025 |
| | Position: | Warden |
| | Employed at: | Columiba Correctional Institution |
| G. | Defendant: | |
| | Mailing Address: | |
| | Position: | |
| | Employed at: | |

**VI.** <u>STATEMENT OF CLAIM</u>: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intended to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

A: That the Defendant violated the Plaintiff's 8th Amendment to the United States Constitution's prohibiton by being deliberately indifferent in an intentionally grossly nelignent fashion to the Plaintiff's personal safety in failing to protect him from a physical assault.

B: That the Defendant violated the Plaintiff's 8th Amendment to the United States Constitution's prohibiton by being deliberately indifferent in an intentionally grossly nelignent fashion to the Plaintiff's personal safety in denying him protection from the threat of a known future physical assault.

C: The Defendant violated the Plaintiff's 4th and 14th Amendment right to the United States Constitution by allowing the Plaintiff's property to be stolen while being under their secured protection.

D: The Defendant's vioalted the Plaintiff's 8th and 14th Amendment right to the United States Constitution in a grossly negligent fashion by bein deliberately indifferent to his serious medical needs.

**VII.** <u>STATEMENT OF FACTS</u>: State as briefly as possible the Facts of your case. Describe how each Defendant was involved. **<u>Do not make any legal arguments or cite any cases or statutes</u>**. State with as much specificity as possible the facts in the following manner:

On 9-29-2014 at approximately 9:00 p.m. while the Plaintiff Simmie Lee Kendry was residing in his assigned cell in G-dorm wing 2, room 113 lower he was brutally attacked by two Latin King gang memers named Bledsoe and Rodriguez whom beat and stabbed the Plaintiff with their fists and a knife in the area of his head, back, chest, abdoment and face. (This was all caught on camera and is documented by incident reports and medical department at Columbia CI).

Approximately 4 days prior to the attack the Affiant reported to A.M. Officer Craft at approximately 9:45 a.m. at the officer station that he was having problems with his roommate, inmate Bledsoe, one of the attackers, and that he needed a room change or protective custody from the inmate because inmate Bledsoe had stated "I don't like you faggot ass nigger and they

4

need to kill all you motherfuckers." Defendant Craft stated to the Plaintiff, "you need to learn to fuck or fight," and to get my ass back in my quad. (Exhibit A).

That afternoon the Plaintiff informed Defendant Sergeant Roach (whom was also the dorm sergeant and escort on the night of the stabbing) at approximately 8:20 p.m. of the threat on his life by his cellmate inmate Bledsoe, and asked that he be moved or placed in protective custody from inmate Bledsoe.

Defendant Roach responded: "I will look into this later." And sent the Plaintiff back to his cell. (Exhibit A).

The Plaintiff was attacked by inmate Bledsoe and inmate Rodriguez on 9-29-14 and recevied extensive brain damage that consistently causes him headaches, nosebleeds, ear deafness in both ears, visual impairment in both eyes, progressive memory loss, equilibrium impairment that causes stroke like syndromes, slurring of speech with mouth twisting to the left and stagnant walking ability. (Exhibit A). The Plaintiff is also experiencing numbness on his left side of his body. Any and all of the damages may be permanent or fatal.

While the Plaintiff was being escorted to medical by Defendant Roach, the Defendant told the Plaintiff that he had secured all of his property in his cell when he retrieved the Plaintiff's pants. (This is on camera).

Upon the Plaintiff receving of his propetty and receipt in A/C confinement, he learned that his property had been left unsecure (Exhibit B) and the following property is missing:

1. 1 Master combination lock
2. 1 Sony digital radio with MP3 headphones
3. 1 battery operated razor
4. 1 pair New Balance tennis shoes 11 ½
5. 1 X Large sweat shirt gray
6. 1 pari fo X Large long johns
7. 1 gold chain with medallion
8. 1 canteen watch
9. 1 pair of shower slides
10. 3 canteen bags – 2 blue / 1 black
11. 1 pair of X Large gym shorts blue
12. 1 new rain pancho

13. 10 hot vegtable shoups

14. 4 beans and rice

15. 4 packs of AA batteries

16. 2 packs of AAA batteries

17. 4 deoderant sticks

18. 4 jars of hair grease

19. 2 bottles of lotion

20. 4 bars of Dove soap

21. 2 bottles of shampoo

22. 4 pack of chocolate chip cookies

23. 4 big chilis

Upon the Plaintiff's arrival at medical (being escorted by a captain, the shift O.I.C., and Defendant Sergean Roach) the nurse was ordered by the captain to treat and document all visible wounds, and non visibile wounds.

The nurse noted that the Plaintiff had been beaten and stabbed and treated the visible wounds with some sort of chemical agent and bandages. (The medical departmant is operated by Corizon)(Defendant)(no treatment was done on non-visible wounds) and the Defendant K. Todd of Corizon failed to schedule the Plaintiff for any doctor examination, x-rays, MRI's, Catscans, or even dressing chanes for his injuries to date and when questioned about it the Defendnat, K. Todd merely stated "put in for sick call." (Exhibit C)

On 10-07-2014 at the I.C.T. hearing the Defendant Warden Mr. Barnes denied the Plaintiff's protective custody that was placed on the Plaintiff by the captain on 9-29-2014. (Exhibit A).

The Plaintiff clearly informed the Defendant Mr. Barnes that this was a gang related attack and that he had been receiving death threats since he had been in A/C confinement even as early as today (10/7/2014) in the presence of the escorting confinement officers from Latin King gang members and that he feared they would try to kill him hf releaed. (Exhibit A).

The Defendant Barnes stated, "if they stab you again or write a threat letter to you let me or my major know about it, protection denied." (Exhibit A).

6

I then informed Defendant Barnes that I have received no follow up medical treatment and that I was in severe pain from the injuries sustained on the night of the attack, he simply smirked and stated: "you'll live," and sent me back to my cell. (Exhibit A).

The Defendants are actors undre the color of State law and psosess power by virtue of the state and has done acts and omissions that caused and continued to caue the cruel and inhumane treatment an unnecessary infliction of pain and suffering upon the Plaintiff by being deliberately grossly, negligently indifferent, to the personal safety of Plaintiff from the known harm at the hands of his cellmate and his co-defendant while having an affirmative duty to do such.

The Defendants were deliberately indifferent in a grossly negligent fashion to the Plaintiff serous medical needs by delaying and depriving him of theheeded medical care in a timely fashion had a duty to do such.

The Defendant was delberately indifferent to the Plaintiff's personal safety in refusing to provide the Plaintiff protection from future knwn threats of violence while having a duty to do such.

The Defendants was grossly negligent in failing to properly secure and protect the Plaintiff's personal property while having a duty to do such.

The Defendants while operating in their officials capacity did acts and omissinos outside of their official capacities by vioaltinog the Plaintiff's known 8th and 14th Amendment protections agasint deliberate acts of cruel and inhumane treatment in an intentional grossly negligent fashion which is the proximate cause of the physical injuries suffered and continued suffering all of which may be permannet.

That the Plaintiff's 4th and 14th Amendment property protections was grossly breached by the Defendants in thier failure to properly secure the Plaintiff's property whcih is the proxmiate cause of the losses suffered all of which may be permanent.

The Plaintiff is suing all Defendants in both their officials and individual capacities and seeks the following relief:

7

VIII. **RELIEF REQUESTED**
State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

A: Grant a trial by jury
B: Grant compensatory damages in the amount of $5,000,000.00 five million dollars.
C: Grant punitive damages in the amount of $15,000,000.00 fifteen million dollars.
D: Grant summary judgmnet on behalf of Plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
Signed this ___ day of _____, 20__.

_____
(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**
I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): [ X ] delivered to prison officials for mailing or [ ] deposited in the prison's internal mail system on: the ___ day of _____, 20__.

_____
(Signature of Plaintiff)

8